# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

NICHOLAS MANSOOR DADGOSTAR,
  et al.

       Plaintiffs,    :    Case No. 3:12-mc-003

                               District Judge Thomas M. Rose
    -vs-                         Magistrate Judge Michael R. Merz
                                 :

ST. CROIX FINANCIAL CENTER, et al.,

       Defendants.

## ORDER REGARDING REPRESENTATION OF
## ST. CROIX FINANCIAL CENTER, INC

       This is a miscellaneous case in which United States Air Force employees Michael A. Sumner and Rebecca Felton seek to quash subpoenas duces tecum.  The case is before the Court on tender to the Clerk for filing of St. Croix Financial Center's Notice of Filing Notice of Motion to Intervene by Plaintiff United States Air Force.  Because the proposed filing merely gives notice to this Court of an action taken by the Air Force in the Virgin Islands case out of which this matter arises, the Clerk is ordered to file the document.

       On March 1, 2012, St. Croix Financial submitted its Response to the Motion to Quash (Doc. No. 3).  At that time the Clerk accepted the filing because it was tendered on the deadline, even though it was tendered on behalf of that entity by attorney Ryan C. Meade who is not a member of the bar of this Court.  At that time, the Clerk advised Mr. Meade that he would need to apply for admission to our Bar *pro hac vice* and register for electronic filing.  That has not yet occurred.  St.

Croix Financial is cautioned that the Court will not accept further filings on its behalf unless made by an attorney admitted to practice before this Court and filed electronically.

March 14, 2012.

s/ **Michael R. Merz**
United States Magistrate Judge
