# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

NICHOLAS MANSOOR DADGOSTAR,
  et al.

        Plaintiffs,        :        Case No. 3:12-mc-003

                              District Judge Thomas M. Rose
     -vs-                        Magistrate Judge Michael R. Merz
                              :

ST. CROIX FINANCIAL CENTER, et al.,

        Defendants.

## ORDER

        WHEREAS, St. Croix Financial Center, Inc. is a Defendant in Nicholas Dadgostar, et.al. v. St. Croix Financial Center, Inc. et.al., Case No. 10-cv-0028, on the docket of the United States District Court for the Virgin Islands; and

        WHEREAS, St. Croix Financial Center, Inc. served subpoenas, issued from the this Court on Michael A. Sumner, Esq. and Rebecca Felton on or about February 1, 2012; and

        WHEREAS, the United States filed a Motion to Quash these subpoenas in this Court on February 6, 2012 (Doc. No. 1); and

        WHEREAS, the parties have reached a resolution wherein the United States has agreed to produce certain information, and St. Croix Financial Center, Inc. has agreed to withdraw its subpoenas; and

        WHEREAS, as part of that agreement, the parties have asked that the Court enter an order requiring the production of certain documents requested by the subpoenas.

        Therefore, it is hereby ORDERED, pursuant to this Court's authority to enforce the

subpoenas, that the United States Air Force produce not later than March 25, 2012 any and all witness narratives regarding the accident on April 19, 2009, in the U.S. Virgin Islands, involving Nicholas Dadgostar. The United States Air Force is may redact any information deemed protected by the Privacy Act or subject to national security concerns, and St. Croix Financial Center, Inc., may request an in camera review of the unredacted witness narratives as may be necessary.

The Motion to Quash is denied as moot.

March 15, 2012.

                                                   s/ **Michael R. Merz**
                                                   United States Magistrate Judge